## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

    vs.                CRIMINAL NO. 14-CR-30149-DRH

RONALD G. AVERS,

        Defendant.

### ORDER

On motion of the United States, and for good cause shown, due to the death of the defendant, the instant indictment is dismissed with prejudice.

**IT IS SO ORDERED.**

Signed this 21st day of October, 2015.

Digitally signed by
Judge David R.
Herndon
Date: 2015.10.21
14:23:09 -05'00'

**United States District Judge**